AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| GRAVITY CO., LTD., a Republic of Korea corporation, <br><br> *Plaintiff(s)* <br> v. <br> NOVARO, LLC, a California limited liability company; MANUEL R RUIZ, an individual; DOES 1 though 10, inclusive, <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-02763 -JLS-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NOVARO, LLC, a California limited liability company
2220 Otay Lakes Rd Ste 502 Unit 910, Chula Vista, CA 91915

MANUEL R RUIZ, an individual
2220 Otay Lakes Rd Ste 502 Unit 910, Chula Vista, CA 91915

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Heedong Chae
LUCEM, PC
660 South Figueroa St., Suite 1200
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/26/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-02763

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Manuel R. Ruiz
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Dylin Doe - Manager of Postal Annex, a person of suitable age and discretion who resides there,
on *(date)* 5/17/2022, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ———— for travel and $ ———— for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/19/2022

*Server's signature*

Phyllis Callahan - Process Server
*Printed name and title*

3268 Governor dr., San Diego, Ca. 92122
*Server's address*

Additional information regarding attempted service, etc: