Heedong Chae (SBN: 263237)
Email: hdchae@lucemlaw.com
**LUCEM, PC**
660 South Figueroa St., Suite 1200
Los Angeles, CA 90017
Phone: 213-387-3630
Fax: 213-863-6332

*Attorneys for Plaintiff,*
*GRAVITY CO., LTD.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOVARO, LLC, a California limited liability company; MANUEL R RUIZ, an individual; DOES 1 though 10, inclusive,<br><br>Defendants. | Case No: 2:22-cv-02763-JLS-SK<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS NOVARO, LLC AND MANUEL R RUIZ**<br><br>[Fed. R. Civ. P. 55(a)] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Gravity Co., Ltd. ("Plaintiff") hereby requests that the Clerk of the Court enter default in this matter against Defendant NOVARO, LLC, a California limited liability company, and Defendant MANUEL R RUIZ, an individual (collectively, "Defendants"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on the grounds that said Defendants have failed to appear or otherwise respond to Plaintiff's Complaint within the time prescribed by Rule 12(a).

Pursuant to Rule 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ.

P. 55(a). On May 17, 2022, Defendants were served with a Summons and Complaint at the resident address of Defendant MANUEL R RUIZ, who is an authorized agent to accept service of process for Defendant NOVARO, LLC. *See* Declaration of Heedong Chae ("Chae Decl.") at ¶¶5-6.

Pursuant to Rule 12(a)(1)(A)(i), Defendants' responsive pleading was due on or before June 7, 2022. To date, Defendant has not made an appearance or filed a responsive pleading. *Id*. at ¶7. Defendants are not an infant, nor incompetent, nor covered by the Service Members Civil Relief Act of 2003. *Id*. at ¶8.

Accordingly, Plaintiff requests the Clerk to enter Defendant's default.

Dated:  July 6, 2022               Respectfully submitted,

                                   By:  /s/ Heedong Chae_____
                                        Heedong Chae
                                        LUCEM, PC
                                        Attorney for Plaintiff,
                                        GRAVITY CO., LTD.

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is 660 S Figueroa St. Suite 1200, Los Angeles, California 90017.  On the date listed below, I served the following document(s):

**(1) REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS NOVARO, LLC AND MANUEL R RUIZ;**
**(2) DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS NOVARO, LLC AND MANUEL R RUIZ; AND**
**(3) [PROPOSED] ENTRY OF DEFAULT**

[ ]_   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5 p.m.  Our facsimile machine reported the "send" as successful.

[X]__   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  According to that practice, items are deposited with the United States mail on that same day with postage thereon fully prepaid.

[ ]__   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, deposited with Federal Express Corporation on the same date set out below in the ordinary course of business; that on the date set below, I caused to be served a true copy of the attached document(s).

[ ]_   by causing personal delivery of the document(s) listed above at the address set forth below.

[ ]__   by personally delivering the document(s) listed above to the person at the address set forth below.

> Attention: MANUEL R RUIZ
> NOVARO, LLC
> 2220 Otay Lakes Rd Suite 502 Unit 910
> Chula Vista, CA 91915
>
> MANUEL R RUIZ                              NOVARO, LLC
> 950 River Oaks Ct. Unit B                  950 River Oaks Ct. Unit B
> Chula Vista, CA 91915                      Chula Vista, CA 91915

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  ___July 6, 2022                  /s/ heedong chae_____
                                         HEEDONG CHAE

3