Heedong Chae (SBN: 263237)
Email: hdchae@lucemlaw.com
**LUCEM, PC**
660 South Figueroa St., Suite 1200
Los Angeles, CA 90017
Phone: 213-387-3630
Fax: 213-863-6332

*Attorneys for Plaintiff,*
*GRAVITY CO., LTD.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOVARO, LLC, a California limited liability company; MANUEL R RUIZ, an individual; DOES 1 though 10, inclusive,<br><br>Defendants. | Case No: 2:22-cv-02763-JLS-SK<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS NOVARO, LLC AND MANUEL R RUIZ**<br><br>**[Fed. R. Civ. P. 55(a)]** |

## DECLARATION OF HEEDONG CHAE

I, Heedong Chae, hereby declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California. I am the attorney for Plaintiff GRAVITY CO., LTD. in the above captioned action.

2. I make this Declaration in support of Plaintiff's request that the Clerk enter default against Defendants NOVARO, LLC and MANUEL R RUIZ ("Defendants"). I have personal knowledge of the facts set forth herein, and, if called

upon, I could and would testify competently to those facts.

3. According to the Statement of Information filed by Defendant NOVARO, LLC with the California Secretary of State on March 24, 2021, its business address is 2220 Otay Lakes Rd Suite 502 Unit 910, Chula Vista, CA 91915. Attached hereto as Exhibit A is a true and correct copy of the Statement of Information.

4. According to the Statement of Information, Defendant MANUEL R RUIZ is a member and an agent for service of process for Defendant NOVARO, LLC. Thus, Defendant MANUEL R RUIZ is the person authorized to accept service of process for Defendant NOVARO, LLC.

5. Defendant MANUEL R RUIZ resides at 950 River Oaks Ct. Unit B, Chula Vista, CA 91915. On or about May 17, 2022, Defendant MANUEL R RUIZ was served with the Summons and Complaint at his residence. Attached hereto as Exhibit B is a true and correct copy of the Proof of Service for Defendant MANUEL R RUIZ that was filed with the court on June 30, 2022. Dkt. # 15.

6. On or about May 17, 2022, Defendant NOVARO, LLC was served with the Summons and Complaint at the address of its agent, MANUEL R RUIZ. Attached hereto as Exhibit C is a true and correct copy of the Proof of Service for Defendant NOVARO, LLC that was filed with the court on June ??, 2022. Dkt. # 14.

7. As of the date of this declaration, no answer has been filed with the Court on behalf of Defendants, Defendants have made no formal appearance, nor have Defendants otherwise defended herein.

8. I am informed and believe that Defendant MANUEL R RUIZ is not an infant, nor incompetent and that the Service Members Civil Relief Act of 2003 (50 U.S.C. App. § 501 et seq.) does not apply. Therefore, Plaintiff requests entry of default against the Defendants NOVARO, LLC and MANUEL R RUIZ.

I declare under penalty of perjury according to the laws of the State of California and the United States of America, that the foregoing is true and

correct.

Executed this 6th day of July, 2022 at Los Angeles, California

By: /s/ Heedong Chae
Heedong Chae, Declarant

| | | |
|---|---|---|
| **Secretary of State<br>Statement of Information<br>(Limited Liability Company)** | **LLC-12** | 21-B63586<br><br>**FILED**<br><br>In the office of the Secretary of State<br>of the State of California<br><br>MAR 24, 2021<br><br>**This Space For Office Use Only** |

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
NOVARO, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201625710361 | CALIFORNIA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box<br>2220 OTAY LAKES RD SUITE 502 UNIT 910 | City (no abbreviations)<br>CHULA VISTA | State<br>CA | Zip Code<br>91915 |
|---|---|---|---|
| b. Mailing Address of LLC, **if different than item 4a**<br>2220 OTAY LAKES RD SUITE 502 UNIT 910 | City (no abbreviations)<br>CHULA VISTA | State<br>CA | Zip Code<br>91915 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>2220 OTAY LAKES RD SUITE 502 UNIT 910 | City (no abbreviations)<br>CHULA VISTA | State<br>CA | Zip Code<br>91915 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b<br>MANUEL | Middle Name<br>R | Last Name<br>RUIZ | Suffix |
|---|---|---|---|
| b. Entity Name - Do not complete Item 5a | | | |
| c. Address<br>2220 OTAY LAKES RD SUITE 502 UNIT 910 | City (no abbreviations)<br>CHULA VISTA | State<br>CA | Zip Code<br>91915 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation)<br>MANUEL | Middle Name<br>R | Last Name<br>RUIZ | Suffix |
|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box**<br>2220 OTAY LAKES RD SUITE 502 UNIT 910 | City (no abbreviations)<br>SAN DIEGO | State<br>CA | Zip Code<br>91915 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
GAMER DESIGNER

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Address | City (no abbreviations) | State | Zip Code |

**9.** The Information contained herein, including any attachments, is true and correct.

| 03/24/2021 | MANUEL R RUIZ | PRESIDENT | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)           Page 1 of 1           2017 California Secretary of State
www.sos.ca.gov/business/be

Exhibit B
Case 2:22-cv-02763-JLS-SK Document 16-1 Filed 06/30/22 Page 15 of 28 Page ID #:545
Case 2:22-cv-02763-JLS-SK Document 8 Filed 04/26/22 Page 1 of 2 Page ID #:47

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| GRAVITY CO., LTD., a Republic of Korea corporation,<br><br>*Plaintiff(s)*<br>v.<br>NOVARO, LLC, a California limited liability company; MANUEL R RUIZ, an individual; DOES 1 though 10, inclusive,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:22-cv-02763 -JLS-SK<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NOVARO, LLC, a California limited liability company
2220 Otay Lakes Rd Ste 502 Unit 910, Chula Vista, CA 91915

MANUEL R RUIZ, an individual
2220 Otay Lakes Rd Ste 502 Unit 910, Chula Vista, CA 91915

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Heedong Chae
LUCEM, PC
660 South Figueroa St., Suite 1200
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/26/2022         *S. Hunt*
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-02763

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Navaro, LLC
was received by me on *(date)* 4/28/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dylin Doe, who is designated by law to accept service of process on behalf of *(name of organization)* Navaro, LLC  2220 Otay Lakes Rd, #502 #90 on *(date)* 5/17/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/19/2022

*Server's signature*

Phyllis Callahan - Process Server
*Printed name and title*

3268 Governor Dr, San Diego, Ca. 92122
*Server's address*

Additional information regarding attempted service, etc:

Exhibit C
Case 2:22-cv-02763-JLS-SK Document 16-1 Filed 07/06/22 Page 7 of 8 Page ID #:567
Case 2:22-cv-02763-JLS-SK Document 8 Filed 04/26/22 Page 1 of 2 Page ID #:47

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| GRAVITY CO., LTD., a Republic of Korea corporation, | ) |
|---|---|
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 2:22-cv-02763 -JLS-SK |
| NOVARO, LLC, a California limited liability company; MANUEL R RUIZ, an individual; DOES 1 though 10, inclusive, | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NOVARO, LLC, a California limited liability company
2220 Otay Lakes Rd Ste 502 Unit 910, Chula Vista, CA 91915

MANUEL R RUIZ, an individual
2220 Otay Lakes Rd Ste 502 Unit 910, Chula Vista, CA 91915

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Heedong Chae
LUCEM, PC
660 South Figueroa St., Suite 1200
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/26/2022

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-02763

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Manuel R. Ruiz
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Dylin Doe - Manager of Postal Annex , a person of suitable age and discretion who resides there, on *(date)* 5/17/2022 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ——— for travel and $ ——— for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/19/2022

_____
Server's signature

Phyllis Callahan - Process Server
Printed name and title

3268 Governor dr., San Diego, Ca. 92122
Server's address

Additional information regarding attempted service, etc: