Heedong Chae (SBN: 263237)
Email: hdchae@lucemlaw.com
**LUCEM, PC**
660 South Figueroa St., Suite 1200
Los Angeles, CA 90017
Phone: 213-387-3630
Fax: 213-863-6332

*Attorneys for Plaintiff,*
*GRAVITY CO., LTD.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOVARO, LLC, a California limited liability company; MANUEL R RUIZ, an individual; DOES 1 though 10, inclusive,<br><br>Defendants. | Case No: 2:22-cv-02763-JLS-SK<br><br>**[PROPOSED] ENTRY OF DEFAULT**<br><br>**Filed and Served Concurrently**<br>　1. **Request for Entry of Default**<br>　2. **Declaration of Heedong Chae** |

## CLERK'S ENTRY OF DEFAULT
## AS TO DEFENDANTS NOVARO, LLC
## AND MANUEL R RUIZ

According to the official Court file in the above-captioned action, the Complaint of the Plaintiff GRAVITY CO., LTD. ("Plaintiff") was filed on April 26, 2022, against Defendants NOVARO, LLC and MANUEL R RUIZ ("Defendants") Civil Action Case No: 2:22-cv-02763-JLS-SK.

Service of the Summons and Complaint was made upon Defendants on May 17, 2022 (Dkt. #14, 15). The executed service of the Summons and Complaint upon

Defendants was filed with the Court on June 30, 2022. *Id*.

      As of the date of this entry, no answer has been filed with the Clerk on behalf of Defendants, nor have Defendants otherwise defended herein.

      WHEREFORE, the default of Defendants NOVARO, LLC and MANUEL R RUIZ is hereby entered on this _____ day of July, 2022.

By:_____
    Clerk, United States District Court
    Central District of California

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is 660 S Figueroa St. Suite 1200, Los Angeles, California 90017.  On the date listed below, I served the following document(s):

    **(1) REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS NOVARO, LLC AND MANUEL R RUIZ;**
    **(2) DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS NOVARO, LLC AND MANUEL R RUIZ; AND**
    **(3) [PROPOSED] ENTRY OF DEFAULT**

[ ]   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5 p.m.  Our facsimile machine reported the "send" as successful.

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  According to that practice, items are deposited with the United States mail on that same day with postage thereon fully prepaid.

[ ]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, deposited with Federal Express Corporation on the same date set out below in the ordinary course of business; that on the date set below, I caused to be served a true copy of the attached document(s).

[ ]   by causing personal delivery of the document(s) listed above at the address set forth below.

[ ]   by personally delivering the document(s) listed above to the person at the address set forth below.

> Attention: MANUEL R RUIZ
> NOVARO, LLC
> 2220 Otay Lakes Rd Suite 502 Unit 910
> Chula Vista, CA 91915
>
> MANUEL R RUIZ                  NOVARO, LLC
> 950 River Oaks Ct. Unit B        950 River Oaks Ct. Unit B
> Chula Vista, CA 91915           Chula Vista, CA 91915

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: ___July 6, 2022           /s/ heedong chae_____
                                      HEEDONG CHAE