Michael N. Cohen (Cal. Bar. No. 225348)
*mcohen@cohenip.com*
COHEN IP LAW GROUP, PC
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980

Attorney for Defendants,
NOVARO, LLC AND MANUEL RUIZ

HeedongChae (Cal. Bar. No. 263237)
hdchae@lucemlaw.com
LUCEM, PC
660 South Figueroa St. Suite 1200
Los Angeles, CA 90017
Tel: 213-387-3630
Fax: 213-863-6332

Attorney for Plaintiff,
GRAVITY CO., LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRAVITY CO., LTD, a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOVARO, LLC, a California limited liability company; MANUEL RUIZ, an individual; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02763-JLS-SK<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT BY CLERK AND EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Courtroom: 8A<br>Judge: Hon. Josephine L. Staton<br><br>**Current Response Date:** June 7, 2022<br>**New Response Date:** August 29, 2022 |

Plaintiff GRAVITY CO., LTD ("Plaintiff"), and Defendants NOVARO, LLC and MANUEL RUIZ (collectively "Defendants"), through their respective counsels

of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on April 26, 2022;

WHEREAS, Plaintiff alleges to have served Defendants with the Complaint in the above-captioned action at 950 River Oaks Ct. Unit B, Chula Vista, CA 91915 (Dkt. Nos. 16 and 16-1);

WHEREAS, Defendants allege that Defendants were never personally served or otherwise made aware of the pending lawsuit through Plaintiff's alleged service at the River Oaks address;

WHEREAS, based on this alleged faulty service, Defendants' deadline to respond to the Complaint was June 7, 2022;

WHEREAS, Defendants learned of the pending lawsuit through third-party mailing and independent investigation into the Court's Electronic Case Files system;

WHEREAS, Plaintiff filed a request for entry of default for Defendants on July 6, 2022 (Dkt. No. 16);

WHEREAS, the Court Clerk entered a default in this matter on July 7, 2022 (Dkt. No. 17);

WHEREAS, Defendants recently retained Cohen IP Law Group as counsel who confirmed the lawsuit against Defendants;

WHEREAS, on July 12, 2022, Defendant's counsel conferred with Plaintiff's counsel regarding the deficiencies in service and Defendant's recent retention of counsel;

WHEREAS, following the conference on July 12, 2022, the Parties agreed that Cohen IP Law Group will accept service on behalf of both Defendants and in exchange Plaintiff agrees to stipulate to set aside the Clerk's entry of default in this matter and stipulate to extend Defendants time to respond to the Complaint to allow new counsel to thoroughly investigate and evaluate the matter;

WHEREAS, GOOD CAUSE exists to set aside the entry of default pursuant to Federal Rule of Civil Procedure ("FRCP") 55(c) based on the following:

1. Defendants was not given adequate notice of the lawsuit;
2. Based on this delay in learning about the pending lawsuit, Defendants have only recently retained counsel;
3. Following this retention of counsel, the Parties, through their counsel, have conferred and agree to set aside the Clerk's entry of default and allow Defendants to proceed with responding to the allegations against them;
4. The Parties do not want to expend the Court's time and resources with a Motion to Set Aside Default.

NOW THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE THAT:

1. The Clerk's entry of default entered against Defendants Novaro, LLC and Manuel Ruiz on July 7, 2022, be set aside; and

2. Defendants' last day to file a response to the Complaint shall be extended to August 29, 2022.

IT IS SO STIPULATED

Dated: August 17, 2022

COHEN IP LAW GROUP, P.C.

By: */s/ Michael N. Cohen*
MICHAEL N. COHEN
*Attorney for Defendants Novaro, LLC and Manual Ruiz*

Dated: August 17, 2022

LUCEM, PC

By: */s/ Heedong Chae*
HEEDONG CHAE
*Attorney for Plaintiff Gravity Co., Ltd*

3

STIPULATION TO SET ASIDE ENTRY OF DEFAULT BY CLERK AND EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 17, 2022   COHEN IP LAW GROUP, P.C.

By: */s/ Michael N. Cohen*
MICHAEL N. COHEN
*Attorney for Defendants Novaro, LLC and Manuel Ruiz*

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 9025 Wilshire Boulevard, Suite 301, Beverly Hills, CA 90211.

On August 17, 2022, I will serve on the parties or their counsel shown below, the following documents described as:

**STIPULATION TO SET ASIDE ENTRY OF DEFAULT BY CLERK AND EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**

| | |
|---|---|
| HeedongChae (SBN: 263237)<br>hdchae@lucemlaw.com<br>LUCEM, PC<br>660 South Figueroa St. Suite 1200<br>Los Angeles, CA 90017 | Attorney for Plaintiff Gravity Co., Ltd |

[ ] **BY MAIL.** I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice, the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date by first class mail at Tarzana, California addressed as set forth below.

[ ] **BY FEDERAL EXPRESS** I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

[ ] **BY FACSIMILE TRANSMISSION.** I caused the above-referenced document to be transmitted by facsimile to its intended recipient(s) at the following facsimile number:

[X] **BY E-MAIL.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) indicated above through the Court's ECF service.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2022, 2022 at Beverly Hills, California.

*/s/ William Tran*
William Tran

5

STIPULATION TO SET ASIDE ENTRY OF DEFAULT BY CLERK AND EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)