1  Michael N. Cohen (Cal. Bar. No. 225348)
   *mcohen@cohenip.com*
2  COHEN IP LAW GROUP, PC
   9025 Wilshire Blvd., Suite 301
3  Beverly Hills, California 90211
   Tel: 310-288-4500
4  Fax: 310-246-9980

5  Attorney for Defendant
   NOVARO, LLC
6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | GRAVITY CO., LTD, a Republic of Korea corporation, | Case No.: 2:22-cv-02763-JLS-SK |

11              Plaintiff,          **[PROPOSED ORDER] GRANTING
                                    STIPULATION TO SET ASIDE
12    v.                            ENTRY OF DEFAULT BY CLERK
                                    AND EXTENSION OF TIME TO
13 NOVARO, LLC, a California limited RESPOND TO INITIAL
   liability company; MANUEL RUIZ,  COMPLAINTBY MORE THAN 30
14 an individual; DOES 1 through 10, DAYS (L.R. 8-3)**
   inclusive,
15
                Defendants.
16

17

18 Having considered Defendant NOVARO, LLC and Plaintiff GRAVITY CO., LTD's

19 Stipulation, and finding good cause therefore,

20      IT IS HEREBY ORDERED that the Parties' Stipulation to Set Aside Entry of

21 Default by Clerk and Extension of Time to Respond to Initial Complaint by More

22 Than 30 Days is GRANTED.  Defendant is ORDERED to file and answer or a

23 motion pursuant to Rule 12 of the Federal Rules of Civil Procedure by August 29,

24 2022.

25      **IT IS SO ORDERED**

26 Dated: _____, 2022    _____

27                             Hon. Josephine L. Staton
                               United States District Court Judge
28