**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRAVITY CO., LTD, a Republic of Korea corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOVARO, LLC, a California limited liability company; MANUEL RUIZ, an individual; DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-02763-JLS-SK<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE ENTRY OF DEFAULT BY CLERK AND EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINTBY MORE THAN 30 DAYS (L.R. 8-3)** |

- 1 –

Having considered Defendant NOVARO, LLC and Plaintiff GRAVITY CO., LTD's Stipulation (Doc. 18), and finding good cause therefore,

 IT IS HEREBY ORDERED that the Parties' Stipulation to Set Aside Entry of Default by Clerk and Extension of Time to Respond to Initial Complaint by More Than 30 Days is GRANTED. Defendant is ORDERED to file and answer or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure by August 29, 2022.

 **IT IS SO ORDERED**

Dated: August 25, 2022

          HON. JOSEPHINE L. STATON
          UNITED STATES DISTRICT JUDGE