Exhibit A

# United States of America
## United States Patent and Trademark Office



Reg. No. 3,742,547
Registered Jan. 26, 2010

Int. Cls.: 6, 9, 14, 16, 26, 28 and 41

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER



*David J. Kappos*
Director of the United States Patent and Trademark Office

GRAVITY CO., LTD. (REPUBLIC OF KOREA COMPANY)
1605 NURITKUM SQUARE BUSINESS TOWER, 15F
SANGAM-DONG, MAPO-GU
SEOUL, REPUBLIC OF KOREA

FOR: METAL EXTERIOR BLINDS; MEMORIAL OR COMMEMORATIVE CUPS MADE OF NON-PRECIOUS METAL; METAL CASH BOXES; METAL STORAGE CONTAINERS FOR AROMATIC LIQUIDS SOLD EMPTY; METAL LIDS FOR PACKING; METAL FLOOR TILES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: VIDEO GAME MACHINES FOR USE WITH TELEVISION RECEIVERS; PRE-RECORDED SOFTWARE FEATURING ANIMATED CARTOONS; EXPOSED CINEMATOGRAPHIC FILM; DECORATIVE CHARMS FOR CELLULAR TELEPHONES; SLOT MACHINES; REMOTE CONTROLLED AMUSEMENT APPARATUS, NAMELY, VIDEO GAME INTERACTIVE REMOTE CONTROL UNITS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: KEY HOLDERS OF PRECIOUS METAL; ELECTRONIC CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: UNFITTED PAPER DROP CLOTHS FOR COVERING VEHICLES DURING PAINTING AND BODY WORK; PAPER SACKS FOR PACKAGING; STATIONERY STICKERS; PAPER PENNANTS; PAPER EMBROIDERY DESIGN PATTERNS; PAPER HANDKERCHIEFS; WRITING AND DRAWING PAPER; NOTEBOOKS; PAPER AND CARDBOARD BOXES; SKETCH BOOKS; BALLPOINT PENS; AUTOMATIC PENCILS; PENCILS; CANVAS FOR PAINTING; PASTELS IN THE FORM OF CRAYONS; PASTEL CRAYONS; INDIAN RUBBER IN THE NATURE OF ERASERS FOR STATIONERY PURPOSES; GLUE FOR STATIONERY PURPOSES; PENCIL SHARPENERS; PLASTIC UNDERLAYS FOR WRITING PAPER; PENCIL CASES; PAPER AND CARDBOARD BOXES FOR BUGHUNTING; PAPER BOXES; PICTURE POSTCARDS; COMIC BOOKS; NON-SPORTS POSTERS; PICTURES; ARCHITECTURE MODELS AND MODELS OF OTHER STRUCTURES IN THE NATURE OF ANATOMICAL MODELS FOR SCIENTIFIC, INSTRUCTIONAL, AND EDUCATIONAL PURPOSES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: SHOE BUCKLES; ORNAMENTAL BADGES NOT MADE OF PRECIOUS METAL; BELT ORNAMENTS NOT MADE OF PRECIOUS METAL; HAIR PINS; DECORATIVE HAIR RIB-

**Reg. No. 3,742,547** BONS; HAIR BANDS; BUTTONS FOR CLOTHING, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: REMOTE CONTROL MOBILE TOYS, NAMELY, CARS, AIRPLANES, AND BOATS; PET TOYS; TOYS FOR DOMESTIC PETS; TOY MASKS; TOY VEHICLES; RUBBER CHARACTER TOYS; TOY BUILDING BLOCKS; PLUSH TOYS; PLASTIC CHARACTER TOYS; MASCOT CHARACTER DOLLS; COIN OPERATED AMUSEMENT MACHINES; BACKGAMMON BOARD GAMES COMPRISING BACKGAMMON BOARDS AND PLAYING PIECES; PLAYING CARDS; CHESS SETS COMPRISING CHESS BOARDS AND PLAYING PIECES; TOY BALLS FOR BABIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE COMPUTER GAMES EXCLUDING COMPUTER GAMES RELATED TO SPORTS; ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON-LINE IN THE FORM OF COMPUTER GAME GUIDEBOOKS, COMPUTER GAME STRATEGY BOOKS AND MAGAZINES, COMPUTER GAME ART BOOKS AND MAGAZINES FEATURING COMPUTER GAME IMAGES, AND COMPUTER GAME ILLUSTRATION BOOKS AND MAGAZINES; PUBLICATION OF ELECTRONIC MAGAZINES AND BOOKS ABOUT COMPUTER GAMES, COMPUTER GAME STRATEGIES, COMPUTER GAME ART, COMPUTER GAME IMAGES AND COMPUTER GAME ILLUSTRATIONS; ELECTRONIC DESKTOP PUBLISHING FOR OTHERS; NEWS REPORTING SERVICES IN THE FIELD OF ONLINE COMPUTER GAME SERVICES, NAMELY, PROVIDING INFORMATION RELATING TO ELECTRONIC COMPUTER GAME SERVICES PROVIDED VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 2005-0020673, FILED 9-8-2005, REG. NO. 0159708, DATED 1-17-2008, EXPIRES 1-17-2018.

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 2005-0042051, FILED 9-8-2005, REG. NO. 0682040, DATED 10-17-2006, EXPIRES 10-17-2016.

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 2005-0042050, FILED 9-8-2005, REG. NO. 0676003, DATED 8-28-2006, EXPIRES 8-28-2016.

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 2005-0042047, FILED 9-8-2005, REG. NO. 0682039, DATED 10-17-2006, EXPIRES 10-17-2016.

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 2005-0042046, FILED 9-8-2005, REG. NO. 0682038, DATED 10-17-2006, EXPIRES 10-17-2016.

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 2005-0042045, FILED 9-8-2005, REG. NO. 0704630, DATED 4-2-2007, EXPIRES 4-2-2017.

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 2005-0042044, FILED 9-8-2005, REG. NO. 0676001, DATED 8-28-2006, EXPIRES 8-28-2016.

SER. NO. 78-832,823, FILED 3-8-2006.

ZHALEH DELANEY, EXAMINING ATTORNEY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Apr 14 03:17:22 EDT 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | G GRAVITY |
| **Goods and Services** | (CANCELLED) IC 006. US 002 012 013 014 023 025 050. G & S: [ Metal exterior blinds; memorial or commemorative cups made of non-precious metal; metal cash boxes; metal storage containers for aromatic liquids sold empty; metal lids for packing; metal floor tiles ]<br><br>(CANCELLED) IC 009. US 021 023 026 036 038. G & S: [ Video game machines for use with television receivers; pre-recorded software featuring animated cartoons; exposed cinematographic film; decorative charms for cellular telephones; slot machines; remote controlled amusement apparatus, namely, video game interactive remote control units ]<br><br>(CANCELLED) IC 014. US 002 027 028 050. G & S: [ Key holders of precious metal; electronic clocks and watches ]<br><br>(CANCELLED) IC 016. US 002 005 022 023 029 037 038 050. G & S: [ Unfitted paper drop cloths for covering vehicles during painting and body work; paper sacks for packaging; stationery stickers; paper pennants; paper embroidery design patterns; paper handkerchiefs; writing and drawing paper; notebooks; paper and cardboard boxes; sketch books; ballpoint pens; automatic pencils; pencils; canvas for painting; pastels in the form of crayons; pastel crayons; Indian rubber in the nature of erasers for stationery purposes; glue for stationery purposes; pencil sharpeners; plastic underlays for writing paper; pencil cases; paper and cardboard boxes for bughunting; paper boxes; picture postcards; comic books; non-sports posters; pictures; architecture models and models of other structures in the nature of anatomical models for scientific, instructional, and educational purposes ]<br><br>(CANCELLED) IC 026. US 037 039 040 042 050. G & S: [ Shoe buckles; ornamental badges not made of precious metal; belt ornaments not made of precious metal; hair pins; decorative hair ribbons; hair bands; buttons for clothing ]<br><br>(CANCELLED) IC 028. US 022 023 038 050. G & S: [ Remote control mobile toys, namely, cars, airplanes, and boats; pet toys; toys for domestic pets; toy masks; toy vehicles; rubber character toys; toy building blocks; plush toys; plastic character toys; mascot character dolls; coin operated amusement machines; backgammon board games comprising backgammon boards and playing pieces; playing cards; chess sets comprising chess boards and playing pieces; toy balls for babies ]<br><br>IC 041. US 100 101 107. G & S: Entertainment services, namely, providing online computer games excluding computer games related to sports [ ; electronic publishing services, namely, publication of text and graphic works of others on-line in the form of computer game guidebooks, computer game strategy books and magazines, computer game art books and magazines featuring computer game images, and computer game illustration books and magazines; publication of electronic magazines and books about computer games, computer game strategies, computer game art, computer game images and computer game illustrations; electronic desktop publishing for others; news reporting services in the field of online computer game services, namely, providing information relating to electronic computer game services provided via the Internet ] |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | LETS-1 G A single letter, multiples of a single letter or in combination with a design |
| **Serial Number** | 78832823 |
| **Filing Date** | March 8, 2006 |

| | |
|---|---|
| **Current Basis** | 44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | November 10, 2009 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 3742547 |
| **Registration Date** | January 26, 2010 |
| **Owner** | (REGISTRANT) GRAVITY Co., Ltd. COMPANY REPUBLIC OF KOREA 1605 Nuritkum Square Business Tower, 15F Sangam-dong, Mapo-gu Seoul REPUBLIC OF KOREA |
| **Attorney of Record** | Jae Youn Kim |
| **Priority Date** | September 8, 2005 |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). PARTIAL SECTION 8(10-YR) 20200320. |
| **Renewal** | 1ST RENEWAL 20200320 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 2:22-cv-02763-JLS-SK   Document 20-1   Filed 08/26/22   Page 5 of 8   Page ID #:98

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,129,207**

**Registered Aug. 18, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Gravity Co., Ltd. (KOREA, REPUBLIC OF CORPORATION)
15f. Nuritkum Square R&d Tower
396, World Cup Buk-ro, Mapo-gu
Seoul, REPUBLIC OF KOREA 03925

CLASS 9: Downloadable mobile game software; Recorded game software for mobile communication devices; Downloadable computer game software via a global computer network and wireless devices; Downloadable computer game software for personal computers

FIRST USE 9-8-2005; IN COMMERCE 9-8-2005

The mark consists of the letter "G" in stylized font followed by the wording "GRAVITY" in stylized font.

OWNER OF U.S. REG. NO. 3742547

SER. NO. 88-770,630, FILED 01-23-2020



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,882,208
Registered Sep. 7, 2004

## TRADEMARK
### PRINCIPAL REGISTER



GRAVITY CORPORATION (REPUBLIC OF KOREA CORPORATION)
6TH FLOOR, SHINKOO BLDG.
620-2 SHINSA-DONG
KANGNAM-GU, SEOUL, REPUBLIC OF KOREA 135-894

FOR: RECORDED COMPUTER GAME PROGRAMS; RECORDED COMPUTER GAME SOFTWARE; SOFTWARE FOR USE IN ONLINE COMPUTER GAMES; COMPUTER GAME INSTALLING PROGRAMS; COMPUTER GAME SOFTWARE; CD-ROMS FEATURING GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-2001; IN COMMERCE 6-1-2002.

SN 76-284,388, FILED 7-10-2001.

HELEN BRYAN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

Reg. No. 3,405,849

**United States Patent and Trademark Office** Registered Apr. 1, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



GRAVITY CO., LTD (REPUBLIC OF KOREA CORPORATION)
14F MERITZ TOWER
825-2 YEOKSAM-DONG, GANGNAM-GU
SEOUL, REPUBLIC OF KOREA 135934

  FOR: PUBLICATION OF TEXT AND GRAPHIC WORKS FOR OTHERS ON-LINE IN THE FORM OF GAME GUIDEBOOKS, GAME STRATEGY BOOKS AND MAGAZINES, ART BOOKS AND MAGAZINES USING GAME IMAGES, AND ILLUSTRATION BOOKS AND MAGAZINES; ELECTRONIC PUBLICATION FOR OTHERS OF BOOKS AND MAGAZINES ABOUT GAMES, GAME STRATEGIES, GAME ART, GAME IMAGES, AND GAME ILLUSTRATIONS; AND PROVIDING ON-LINE GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

  FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ONLINE", APART FROM THE MARK AS SHOWN.

  RAGNAROK MEANS "RUIN OF THE GODS", OR "TWILIGHT OF THE GODS".

  SN 76-508,901, FILED 4-23-2003.

JERI J. FICKES, EXAMINING ATTORNEY