

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0006576194
Search Results: Displaying 1 of 1 entries



### *Ragnarok.*

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0006576194 / 2007-05-25 |
| **Application Title:** | Ragnarok online. |
| **Title:** | Ragnarok. |
| **Copyright Claimant:** | Gravity Co., Ltd. |
| **Date of Creation:** | 2002 |
| **Date of Publication:** | 2002-08-31 |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Gravity Co., Ltd. |



**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [          ] [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page