# Copyright
*United States Copyright Office*

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = ragnarok online bgm
Search Results: Displaying 1 of 1 entries



**Labeled View**

***Works Published on the Album Ragnarok online BGM.***

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000935086 / 2022-08-02 |
| **Application Title:** | Works Published on the Album Ragnarok online BGM. |
| **Title:** | Works Published on the Album Ragnarok online BGM. |
| **Appears in:** | Ragnarok online BGM |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Gravity Co., Ltd., Transfer: This claimant obtained all of the rights in the works being registered by written agreement. Address: 15F. Nuritkum Square R&D Tower 396, World Cup Buk-Ro, Mapo-Gu, Seoul, 03925, Korea, South. |
| **Date of Creation:** | 2002 |
| **Date of First Publication for the Album:** | 2002-08-31 |
| **Nation of First Publication:** | Korea, South |
| **Authorship on Application:** | Gu-hee Kwon; Citizenship: Korea, South. Authorship: Sound recording(s): All Tracks Being Registered. |
| **Copyright Note:** | C.O. correspondence.<br><br>Regarding group registration: A group of sound recordings and any associated literary, pictorial, or graphic works may be registered in Class SR under 37 C.F.R. 202.4(k) if the following requirements have been met: 1) all of the works must be contained on the same album, as defined in 37 C.F.R. 202.4(k)(1)(i); 2) the group may include up to twenty sound recordings, together with any associated literary, pictorial, or graphic works included with the same album; 3) all the works in the group must be published on the same album and on the same date, all the works must be first published in the same country, and the date and nation of first publication for the album must be specified in the application; 4) the application must provide the title for the album and a title for each work in the group; 5) all the works in the group must be created by the same author, or the works must have a common joint author; 6) the copyright claimant or co-claimants for all of the works in the group must be the same person or organization; and 7) the works may be registered as works made for hire if they are identified in the application as such. |
| **Titles of Works:** | Title, Album Track Number 1<br>Peaceful Forest, Album Track Number 3 |

                    Tread on the ground, Album Track Number 5
                    Theme of Prontera, Album Track Number 8
                    Great honor, Album Track Number 9
                    Theme of Morroc, Album Track Number 11
                    Streamside, Album Track Number 12
                    Theme of Geffen, Album Track Number 13
                    Theme of Payon, Album Track Number 14
                    Theme of Alberta, Album Track Number 15
                    Labyrinth, Album Track Number 16
                    Treasure Hunter, Album Track Number 17
                    Under the ground, Album Track Number 19
                    Ancient groover, Album Track Number 20
                    Through the tower, Album Track Number 21
                    Backattack!!, Album Track Number 22
                    Travel, Album Track Number 23
                    Desert, Album Track Number 24
                    Plateau, Album Track Number 25

**Names:** Kwon, Gu-hee
Gravity Co., Ltd.



**Save, Print and Email (Help Page)**
Select Download Format [ Full Record ] [Format for Print/Save]
Enter your email address: [_____] [Email]

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |   Copyright Office Home Page   |   Library of Congress Home Page