# Exhibit G





