# Exhibit J

## Gravity's "Ragnarok Online" game

| Name | Type | Compressed size | Password ... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| 01 | MP3 File | 714 KB | No | 730 KB | 3% | 6/29/2021 4:13 PM |
| 02 | MP3 File | 1,759 KB | No | 1,788 KB | 2% | 10/17/2019 6:07 PM |
| 03 | MP3 File | 1,448 KB | No | 1,470 KB | 2% | 10/17/2019 6:07 PM |
| 04 | MP3 File | 1,589 KB | No | 1,630 KB | 3% | 10/17/2019 6:07 PM |
| 05 | MP3 File | 1,103 KB | No | 1,120 KB | 2% | 10/17/2019 6:07 PM |
| 06 | MP3 File | 1,625 KB | No | 1,656 KB | 2% | 10/17/2019 6:07 PM |
| 07 | MP3 File | 1,005 KB | No | 1,026 KB | 3% | 10/17/2019 6:07 PM |
| 08 | MP3 File | 2,630 KB | No | 2,676 KB | 2% | 10/17/2019 6:07 PM |
| 09 | MP3 File | 763 KB | No | 778 KB | 2% | 10/17/2019 6:07 PM |
| 10 | MP3 File | 920 KB | No | 944 KB | 3% | 10/17/2019 6:07 PM |
| 11 | MP3 File | 1,232 KB | No | 1,252 KB | 2% | 10/17/2019 6:07 PM |
| 12 | MP3 File | 1,411 KB | No | 1,442 KB | 3% | 10/17/2019 6:07 PM |
| 13 | MP3 File | 1,736 KB | No | 1,764 KB | 2% | 10/17/2019 6:07 PM |
| 14 | MP3 File | 1,361 KB | No | 1,390 KB | 3% | 10/17/2019 6:07 PM |

## "NovaRO" pirated game

| Name | Type | Compressed size | Password pro... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| 01 | MP3 File | 714 KB | No | 730 KB | 3% | 2/23/2016 11:55 AM |
| 02 | MP3 File | 1,759 KB | No | 1,788 KB | 2% | 7/27/2011 11:19 AM |
| 03 | MP3 File | 1,448 KB | No | 1,470 KB | 2% | 7/27/2011 11:19 AM |
| 04 | MP3 File | 1,589 KB | No | 1,630 KB | 3% | 7/27/2011 11:19 AM |
| 05 | MP3 File | 1,103 KB | No | 1,120 KB | 2% | 7/27/2011 11:19 AM |
| 06 | MP3 File | 1,625 KB | No | 1,656 KB | 2% | 7/27/2011 11:19 AM |
| 07 | MP3 File | 1,005 KB | No | 1,026 KB | 3% | 7/27/2011 11:19 AM |
| 08 | MP3 File | 2,630 KB | No | 2,678 KB | 2% | 7/27/2011 11:19 AM |
| 09 | MP3 File | 763 KB | No | 780 KB | 3% | 7/27/2011 11:19 AM |
| 10 | MP3 File | 920 KB | No | 944 KB | 3% | 7/27/2011 11:19 AM |
| 11 | MP3 File | 1,232 KB | No | 1,252 KB | 2% | 7/27/2011 11:19 AM |
| 12 | MP3 File | 1,411 KB | No | 1,442 KB | 3% | 7/27/2011 11:19 AM |
| 13 | MP3 File | 1,737 KB | No | 1,764 KB | 2% | 7/27/2011 11:19 AM |
| 14 | MP3 File | 1,361 KB | No | 1,390 KB | 3% | 7/27/2011 11:19 AM |