# EXHIBIT A
# PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME:**

**CASE NO:**

| Matter | Deadline | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 8 weeks | 1/13/23 | 1/13/23 |
| Fact Discovery Cut-Off | Depending on case complexity, generally a Friday between 6-9 months after the Scheduling Conference | 8/18/23 | 8/18/23 |
| Last Day to Serve Initial Expert Reports | 2 weeks after Fact Discovery Cut-Off | 9/1/23 | 9/1/23 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | 2 weeks after Fact Discovery Cut-Off | 9/1/23 | 9/1/23 |
| Last Day to Serve Rebuttal Expert Reports | 6 weeks after Fact Discovery Cut-Off | 9/29/23 | 9/29/23 |
| Last Day to Conduct Settlement Proceedings | 9 weeks after Fact Discovery Cut-Off | 10/20/23 | 10/20/23 |
| Expert Discovery Cut-Off | 10 weeks after Fact Discovery Cut-Off | 10/27/23 | 10/27/23 |
| Last Day to file *Daubert* Motions: | 1 week after Expert Discovery Cut-Off | 11/3/23 | 11/3/23 |
| Last Day to File Motions in Limine: | 4 weeks before the FPTC | 3/22/24 | 3/22/24 |
| Final Pre-Trial Conference **(Friday at 10:30 a.m.)** | 35 weeks after Fact Discovery Cut-Off | 4/19/24 | 4/19/24 |
| **Revised: August 31, 2022** | | | |