HeedongChae (Cal. Bar. No. 263237)
hdchae@lucemlaw.com
LUCEM, PC
660 South Figueroa St. Suite 2300
Los Angeles, CA 90017
Tel: 213-387-3630
Fax: 213-863-6332

Attorney for Plaintiff,
GRAVITY CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY CO., LTD, a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOVARO, LLC, a California limited liability company; MANUEL RUIZ, an individual; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02763-JLS-SK<br><br>Assigned to:  Hon. Josephine L. Staton<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff hereby files this Response to the Court's Order to Show Cause, dated November 11, 2022, why this action should not be dismissed for lack of prosecution for failure to file a joint report (FRCivP 26) as required by the Court's Order Setting Scheduling Conference (Doc. 25), and for the reasons stated herein, respectfully requests that the Court not dismiss this action.

1. Plaintiff filed the parties' Joint Report and Exhibit A on November 14, 2022 (Doc. 27).
2. The delay in filing the Joint Report and Exhibit A was caused by Defendants, not Plaintiff.  According to the Court's Order Setting

1

Scheduling Conference (Doc. 25), the scheduling conference was set for November 18, 2022. Thus, the parties should file a Joint 26(f) Report by November 4, 2022 and exchange initial disclosures by November 11, 2022.

3. On October 31, the parties had a conference and agreed to complete and file a Joint 26(f) Report by November 4 and exchange initial disclosures by November 11.

4. Plaintiff sent its draft of a Joint 26(f) Report on November 3. On November 4, Defendants called and said they will send their draft on November 7. However, Defendants did not send their draft on November 7.

5. On November 11, Plaintiff sent its initial discourses to Defendants. However, Defendants did not send their initial disclosures by then.

6. Upon Plaintiff's repeated requests, Defendants finally sent their draft of Joint Report on November 13.

Accordingly, the delay was caused by Defendants, not Plaintiff, and the case should not be dismissed. Plaintiff respectfully requests that the Court not dismiss this action.

Dated:  November 14, 2022         LUCEM, PC

                                  By: /s/ Heedong Chae
                                      HEEDONG CHAE
                                      *Attorney for Plaintiff Gravity Co., Ltd*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California. My business address is 660 S. Figueroa St., Suite 2300, Los Angeles, California 90017.  On the date listed below, I served the following document(s):

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

**[X] (By Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic filed in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California's Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system.

> Michael N. Cohen
> mcohen@cohenip.com
> COHEN IP LAW GROUP, PC
> 9025 Wilshire Blvd., Suite 301
> Beverly Hills, California 90211

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  November 14, 2022         /s/ heedong chae
                                                      HEEDONG CHAE