HeedongChae (Cal. Bar. No. 263237)
hdchae@lucemlaw.com
LUCEM, PC
660 South Figueroa St. Suite 2300
Los Angeles, CA 90017
Tel: 213-387-3630
Fax: 213-863-6332

Attorney for Plaintiff,
GRAVITY CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY CO., LTD, a Republic of Korea corporation, | Case No.: 2:22-cv-02763-JLS-SK |
| Plaintiff, | Assigned to: Hon. Josephine L. Staton |
| v. | |
| NOVARO, LLC, a California limited liability company; MANUEL RUIZ, an individual; DOES 1 through 10, inclusive, | **NOTICE OF SETTLEMENT** |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

PLEASE TAKE NOTICE that Plaintiff Gravity Co., Ltd. and Defendants Novaro, LLC and Manuel Ruiz have reached a resolution of all claims at issue in this case. This resolution was achieved through the entering of a Memorandum of Understanding (the "MOU") during mediation. The parties are in the process of finalizing a written settlement agreement and a stipulated judgment.

| | |
|---|---|
| 1 | In light of these developments, Plaintiff respectfully requests that all dates and |
| 2 | deadlines in this action be vacated. |

                                          Respectfully submitted,

Dated: July 5, 2023

                                          LUCEM, PC

                                 By: */s/ Heedong Chae*
                                          HEEDONG CHAE
                                          *Attorney for Plaintiff Gravity Co., Ltd*