# JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY CO., LTD, <br><br> Plaintiff(s), <br><br> v. <br><br> NOVARO, LLC, et al., <br><br> Defendant(s). | Case No. 2:22-cv-02763-JLS-SKx <br><br> ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

    On <u>July 5, 2023</u>, a Notice of Settlement was filed (Doc. 36), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload.  The case will not be reopened absent a written showing of good cause filed within 60 days of this order.

    The parties shall file a Stipulation of Dismissal no later than September 4, 2023 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

    Until the Dismissal Date, the Court retains full jurisdiction over this action.

    Any outstanding Orders to Show Cause are discharged.

IT IS SO ORDERED.

DATED: July 07, 2023

                                                      JOSEPHINE L. STATON
                                                     HONORABLE JOSEPHINE L. STATON
                                                     UNITED STATES DISTRICT JUDGE