## MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding is made on June 20, 2023, by and between Gravity Co., Ltd. ("Gravity"), on the one hand, and Novaro LLC ("Novaro") and Manuel Ruiz ("Ruiz", collectively, "Defendants"), on the other hand, as follows:

1. Defendants shall cause the sum of ███████████████████████ to be paid by check payable to Lucem, PC, on or before July 7, 2023.

2. Novaro shall execute a stipulated judgment as necessary to cause a judgment containing a permanent injunction to be entered in the case pending before the United States District Court, Central District of California, (Gravity Co., Ltd. v. Novaro, LLC et al., Case No. 2:22-cv-02763-JLS-SK (the "Lawsuit")), enjoining Novaro from all infringing acts as described in the complaint and dismissing the action against Ruiz without prejudice. Judgment shall be against Novaro in the sum of $4,000,000, but Gravity shall not execute the judgment except in the event of default or non-compliance as set forth below.

3. Defendants acknowledge and admit that they offered a version of the Ragnarok Online game without obtaining a license of any Gravity intellectual property, including copyrights and trademarks. .

4. Defendants shall disclose to Gravity the website and/or open-source platform/website which Defendants obtained the source code for the NovaRO gamewithin fourteen (14) days.

5. Within fourteen (14) days, Defendants shall cease and desist all infringing activities. These include, but are not limited to, the termination of all illegal servers for the NovaRO game, discontinuation of the distribution of the NovaRO game, and destruction of all source codes and materials associated with the NovaRO game.

6. Defendants shall not directly or indirectly engage in any activities that infringe upon Gravity's intellectual property rights. This prohibition includes the distribution of counterfeit versions of Gravity games, and the operation of illegal servers for counterfeit versions of any games produced by Gravity.

7. Defendants shall promptly shut down and close all related online communities within the possession, custody or control of Defendants, including but not limited to the Discord

forum for the NovaRO game, the NovaRO forum, and any similar online communities associated with the NovaRO game.

8.  Prior to the closure of these online communities, Defendants shall post a notification informing users that NovaRO has been subject to a lawsuit from Gravity alleging that they operated an illegal server and distributed infringing Gravity games. Further, it shall be mentioned that Defendants have agreed to cease and desist these activities, that were undertaken without a license or other permission from Gravity. Before posting such a notification, Defendants shall obtain approval from Gravity on its contents. Gravity shall have sole discretion to approve or disapprove the notification.

9.  The terms of this Memorandum of Understanding shall be contained in a settlement agreement. The parties shall strictly maintain the confidentiality of the settlement amount of ███████████████████████, except as necessary to disclose to spouses, financial advisors, taxing authorities, and counsel on a need to know basis provided that the recipient of the confidential information agrees to be bound by confidentiality of the confidential information. For clarification, this confidentiality is limited to the settlement amount of ████████████

10. In case of non-compliance with any of the conditions stated above to be contained in a final settlement agreement, not cured within 30 days' of notice of breach, Gravity may enforce the entire $4,000,000 judgment against Novaro. If Ruiz breaches any of his personal obligations under this memorandum of understanding or a final settlement agreement and fails to cure within 30 days of notice of breach, Gravity may amend the $4,000,000 judgment to impose the payment obligation against Ruiz individually, and may seek to enforce such an amended judgment.

11. While a long-form agreement is contemplated, if the parties cannot reach an agreement on the same within fourteen (14) days, this Memorandum of Understanding shall be fully enforceable by the court.

12. This court shall retain jurisdiction over this case.

**Gravity Co., Ltd.**

By:

Name:   James Hong

**Novaro LLC**

By:

Name:   Manuel R Ruiz

**Manuel R Ruiz**

By:

Name:   Manuel R Ruiz